Iron City Sand and Gravel Company, Appellant, v. Zoning Board of Adjustment.

Argued March 18, 1965. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert L. Orr,* with him *Reed, Orr & Reed,* for appellant.

*Eugene Morris,* for appellee.

OPINION BY MR. JUSTICE COHEN, April 20, 1965:

This appeal was taken to this Court after our Rule 68 1/2 became effective. However, the appellant did not comply with the requirements of Rule 68 1/2, hence this appeal must be quashed.

Appeal quashed.